**No. 58718.**—F. H. Kaysing *v.* United States, protest 214545–K (St. Louis).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of artistic stone figures of the same kind in all material respects, except for composition, as the china or porcelain figures the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.